6020241018014356

# Possible claim number: Claim# 20240556140

Subject: Claim# 20240556140
From: Davis, Maggie <Maggie.Davis@sedgwick.com>
To: unreadcolordropfile@acssedgwickcms.com
Date and Time: 10/18/2024 10:56:40 AM
CC:

Maggie Davis | Claims Examiner
Sedgwick
DIRECT 470-661-9299
EMAIL Maggie.Davis@sedgwick.com
Atlanta, GA
Fax 770-901-3310
Office Hours 7:30am-4:30pm EST
www.sedgwick.com | Caring counts®

*For real-time information, please access your claim on mySedgwick.com.*

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

STATE OF NEW YORK :
SUPREME COURT : COUNTY OF CHAUTAUQUA

---

DAVID WOLF
70 Frisbee Road
Cassadaga, NY 14718

Plaintiff

vs.

**SUMMONS**
**Served with Complaint**
**Index #**

HOME DEPOT USA, INC.
2455 Paces Ferry Road
Atlanta, GA 30348

THE HOME DEPOT
3901 Vineyard Drive
Dunkirk, NY 14048

Defendant

---

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED AND REQUIRED** to serve upon the Plaintiff's attorneys, at the address stated below, a written Answer to the attached Complaint.

If this Summons is served upon you within the State of New York by personal service you must respond within **TWENTY (20)** days after service, not counting the day of service. If this Summons is not personally delivered to you within the State of New York you must respond within **THIRTY (30)** days after service is completed, as provided by law.

If you do not respond to the attached Complaint within the applicable time limitation stated above, a Judgment will be entered against you, by default, for the relief demanded in the Complaint, without further notice to you.

This action is brought in the County of Chautauqua because of:

[X] Plaintiff's residence or place of business;
[ ] Defendant's residence; or
[ ] Designation made by Plaintiff.

DATED: Buffalo, New York
October 3, 2024

Scott M. Covino, Esq. for
BROWN CHIARI LLP
**Attorneys for Plaintiff**
2470 Walden Avenue
Buffalo, New York 14225-4751
(716) 681-7190

STATE OF NEW YORK :
SUPREME COURT : COUNTY OF CHAUTAUQUA

DAVID WOLF

Plaintiff

vs.

**COMPLAINT**
**Index #__________**

HOME DEPOT USA, INC.;
THE HOME DEPOT

Defendants

Plaintiff, by his attorneys, BROWN CHIARI LLP, for his Complaint in the above-entitled action, states as follows:

1. That Defendant, HOME DEPOT USA, INC., is a foreign corporation authorized to conduct and transact business in the State of New York with a principal place of business located at 2455 Paces Ferry Road, Atlanta, GA 30339.

2. That Defendant, THE HOME DEPOT, is a domestic corporation authorized to conduct and transact business in the State of New York with a principal place of business located at 3901 Vineyard Drive, Dunkirk, NY 14048.

3. At all relevant times herein, Defendant, HOME DEPOT USA, INC., owned, operated, managed, directed, administered and/or assumed responsibility for Defendant doing business as THE HOME DEPOT, its agents, servants, employees and/or other personnel, located at 3901 Vineyard Drive, Dunkirk, NY 14048.

4. At all relevant times herein, Defendants had a duty to maintain the aforementioned property, including its entrances and walkway, in a reasonably safe condition for persons entering thereon.

5. On or about May 29, 2024, Plaintiff, DAVID WOLF, while a patron, and lawfully walking into the entrance at the Defendants' Dunkirk, New York location, was caused to trip and fall over a curb after being directed by a Home Depot employee to enter the store through another entrance.

6. The aforesaid incident was caused solely as the result of the negligence of Defendants, HOME DEPOT USA, INC. and THE HOME DEPOT, in failing to properly mark said area to warn pedestrians of the dangerous condition while possessing knowledge of same, failing to sufficiently differentiate the raised curb from stripes of paint on the pavement, and in otherwise failing to safely maintain the premises.

7. As a result of the negligence of the Defendant, Plaintiff, DAVID WOLF, sustained severe and permanent injuries, including but not limited to, neck, back, shoulder, and hip injuries requiring surgical intervention.

WHEREFORE, Plaintiff, DAVID WOLF, does hereby demand judgment against Defendants, HOME DEPOT USA, INC. and THE HOME DEPOT, jointly and severally, in an amount to be determined by a jury upon the trial of this action, plus costs and disbursements.

DATED: Buffalo, New York
October 3, 2024

Scott M. Covino, Esq. for
BROWN CHIARI LLP
**Attorneys for Plaintiff**
2470 Walden Avenue
Buffalo, New York 14225-4751
(716) 681-7190